**Electronically Filed
Supreme Court
SCWC-22-0000025
17-DEC-2025
02:05 PM
Dkt. 7 ODAC**

SCWC-22-0000025

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

KYLE O. McKEOWN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000025; CASE NO. 2FFC-18-0000171)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Tonaki, assigned by reason of vacancy)

Petitioner Kyle O. McKeown's Application for Writ of

Certiorari, filed on November 4, 2025, is hereby rejected.

DATED: Honolulu, Hawai‘i, December 17, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ John M. Tonaki